5 So.2d 646

### MOORE v. STATE.

#### 8 Div. 161.

Supreme Court of Alabama.

Jan. 15, 1942.

Russell W. Lynne, of Decatur, for petitioner.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., opposed.

BROWN, Justice.

The statement of the evidence in the opinion of the Court of Appeals going to corroborate the testimony of the accomplice, Russell, was sufficient to warrant the submission of the case to the jury. Malachi v. State, 89 Ala. 134, 8 So. 104; Slayton v. State, 234 Ala. 1, 173 So. 642.

The writ of certiorari is therefore denied.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.